## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 5:18-CR-49 |
| v. | VIOLATIONS: |
| | 18 U.S.C. § 2422(b) |
| DERON LAMONTE HILL | 18 U.S.C. § 1470 |
| | 18 U.S.C. § 2428 |
| Defendant | 18 U.S.C. § 1467 |
| | 28 U.S.C. § 2461(c) |

### SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
### (Attempted Online Enticement of a Minor)

From on or about October 1, 2017, through May 1, 2018, in the Macon Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**DERON LAMONTE HILL,**

Defendant herein, did use a facility of interstate and foreign commerce, that is the Internet and a cellular telephone, to knowingly attempt to persuade, induce, entice, and coerce, J.G. and A.S., individuals Defendant believed to be less than sixteen (16) years old, to engage in any sexual activity for which he could be charged with a criminal offense, that is Child Molestation under Georgia Code Section 16-6-4; all in violation of Title 18, United States Code, Section 2422(b).

## COUNT TWO
### (Transfer of Obscene Material to a Minor)

On or about January 13, 2018, in the Macon Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**DERON LAMONTE HILL,**

Defendant herein, did by means of interstate and foreign commerce, that is the Internet and a cellular telephone, knowingly transfer obscene matter to another individual who had not attained the age of sixteen (16) years, knowing that the other individual had not attained the age of sixteen (16) years; all in violation of Title 18, United States Code, Section 1470.

## FORFEITURE NOTICE
### (18 U.S.C. § 2428, 18 U.S.C. § 1467, and 28 U.S.C. § 2461(c) – Criminal Forfeiture)

1. The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2428, and/or Title 18, United States Code, Section 1467, in conjunction with Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense(s) in violation of Title 18, United States Code, Section 2422(b) set forth in Count One; and/or Title 18, United States Code, Section 1470 set forth in Count Two of the Indictment, the defendant,

**DERON LAMONTE HILL,**

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2428, any property, real or personal, which constitutes or is derived from

proceeds traceable to said violation(s); and/or any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation(s); and/or, pursuant to Title 18, United States Code, Section 1467, in conjunction with Title 28, United States Code, Section 2461(c), any obscene material produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 71, any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense(s), and/or any property, real or personal, that was used or intended to be used to commit or to promote the commission of such violation(s).

3. If any property subject to forfeiture, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property that cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2428(b)(2), and/or Title 28, United States Code, Section 1467(b), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 2428, Title 18, United States Code, Section 1467, and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

/s/ Foreperson of the Grand Jury
FOREPERSON OF THE GRAND JURY

Presented by:

CHARLES E. PEELER
UNITED STATES ATTORNEY

C. SHANELLE BOOKER
Assistant United States Attorney

Filed in open court this 13 day of June, 2018.

Deputy Clerk