IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CASE NO. 5:18-CR-000049-TES-CHW |
| DERON LAMONTE HILL | : |
| Defendant | : |

### PLEA

I, DERON LAMONTE HILL having been advised of my Constitutional rights and having had the charges herein stated to me in open court, plead NOT GUILTY to the Indictment in open court, this 18th day of June, 2018.

_____
DERON LAMONTE HILL
DEFENDANT

_____
ATTORNEY FOR DEFENDANT
Jared Westbrook

_____
C. SHANELLE BOOKER
ASSISTANT UNITED STATES ATTORNEY