Filed at 10:32 AM
April 4, 2019
Cheryl Callum
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CASE NO. 5:18-CR-00049-TES-CHW |
| DERON LAMONTE HILL, | : |
| Defendant | : |

## CHANGE OF PLEA

I, Deron Lamonte Hill, having been advised of my Constitutional rights, and having had the charges herein stated to me, and pursuant to a written plea agreement, the terms of which are subject to acceptance or rejection by the Court at such time as the Court has considered a presentence report and now plead **Guilty** to Count Two of the Indictment, this 4th day of April, 2019.

I also acknowledge the fact the Court is required to consider any applicable advisory sentencing guideline when imposing sentence in this case.

DERON LAMONTE HILL
DEFENDANT

JARED SCOTT WESTBROEK
ATTORNEY FOR DEFENDANT

C. SHANELLE BOOKER
ASSISTANT UNITED STATES ATTORNEY