IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : : | |
| v. : | CASE NO. 5:18-CR-00049-TES-CHW |
| **DERON LAMONTE HILL,** : : | |
| Defendant : : | |

## MOTION FOR ADDITIONAL DECREASE FOR ACCEPTANCE OF RESPONSIBILITY PURSUANT TO U.S.S.G. § 3E1.1(b)

COMES NOW the United States of America, by and through its attorney, the United States Attorney for the Middle District of Georgia, and files the present Motion for Additional Decrease for Acceptance of Responsibility Pursuant to U.S.S.G. Section 3E1.1(b). In support hereof, the United States shows that the Defendant assisted authorities in the prosecution of Defendant's own misconduct by timely notifying authorities of Defendant's intention to enter a plea of guilty, thereby permitting the Government to avoid preparing for trial and permitting the Government and the Court to allocate their resources efficiently.

Therefore, in the event that the Defendant qualifies for a two level decrease for acceptance of responsibility pursuant to Section 3E1.1(a) of the United States Sentencing Guidelines, and if the Defendant's offense level as determined prior to the operation of Section 3E1.1(a) is level 16 or greater, the United States moves the Court

to make an additional one level decrease in the offense level pursuant to Section 3E1.1(b).

Respectfully submitted, this 22nd day of July, 2019.

                                            CHARLES E. PEELER
                                            UNITED STATES ATTORNEY

By:   */s/ C. Shanelle Booker*
       C. SHANELLE BOOKER
       Assistant United States Attorney
       Georgia Bar No. 991041
       United States Attorney's Office
       Post Office Box 1702
       Macon, Georgia 31202-1702
       Telephone: (478) 752-3511
       Facsimile: (478) 621-2655

## CERTIFICATE OF SERVICE

I, C. Shanelle Booker, Assistant United States Attorney, hereby certify that on July 22, 2019, I electronically filed the within and foregoing *MOTION FOR ADDITIONAL DECREASE FOR ACCEPTANCE OF RESPONSIBILITY PURSUANT TO U.S.S.G. § 3E1.1(b)* with the Clerk of the Court using the CM/ECF system which will send notification to the Court and all counsel of record.

This 22nd day of July, 2019.

                                          CHARLES E. PEELER
                                        UNITED STATES ATTORNEY

By:   */s/ C. Shanelle Booker*
        C. SHANELLE BOOKER
        Assistant United States Attorney
        Georgia Bar No.  991041
        United States Attorney's Office
        Post Office Box 1702
        Macon, Georgia 31202-1702
        Telephone: (478) 752-3511
        Facsimile: (478) 621-2655