Filed at 11:36 a.m.
August 6, 2019
Cheryl Collins
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DERON LAMONTE HILL,<br>Defendant. | Criminal: 5:18-CR-49 (TES) |

## WAIVER OF APPEAL RIGHTS

On August 6, 2019, counsel and Defendant, in the above matter, were provided with written notice of Defendant's appeal rights. Further, counsel was ordered by the Court to file a Notice of Appeal or written Waiver of Appeal Rights within fourteen (14) days after entry of the written judgment. Following consultation with counsel and explanation to Defendant of his appeal rights, counsel and Defendant hereby execute this written Waiver of Appeal Rights as directed by the Court.

This __6th__ day of __August__, 2019.

_____
Deron Lamonte Hill
Defendant

_____
JARED SCOTT WESTBROEK
Ga. Bar No. 198008
Federal Defenders of the
Middle District of Georgia, Inc.
440 Martin Luther King, Jr. Blvd.
Suite 400
Macon, Georgia 31201